UNITED STATES of America,
Plaintiff–Appellee,

v.

Edwin F. ALVANEZ, Defendant–
Appellant.

No. 13–6699.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 30, 2013.

Edwin F. Alvanez, Appellant Pro Se. Stacy Dawson Belf, Assistant United States Attorney, Greenbelt, Maryland; Elizabeth Dorsey Collery, United States Department of Justice, Washington, D.C.; James Marton Trusty, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin F. Alvanez seeks to appeal the district court's order dismissing as untimely his 28 U.S.C.A. § 2255 (West Supp. 2013) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substan-

tial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Alvanez has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*